FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 JUN 25 PM 2: 34

CLERK-LAS CRUCES

# AFFIDAVIT OF Kent Carter

CV 12-469 WPL/LAM

STATE OF New Mexico      )
                         ) ss
COUNTY OF Eddy           )

      Comes now, Kent Carter, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to under penalties of perjury.

1. Your Affiant Kent Carter has sent well over 500 Certified Letters to the IRS asking for the documents that were relied upon to send a notice of lien against his private property.

2. Your Affiant, Kent Carter has never received any answers from the IRS on why there is a notice of lien and notice of levy on his private property, and the documents that were relied upon.

3. Your Affiant Kent Carter has never received a wet ink signed assessment from the IRS.

4. Your Affiant has never received a wet ink signed assessment from the NEW MEXICO TAXATION AND REVENUE.

5. Your Affiant, Kent Carter has received many computer generated assessments without a signature.

6. Your Affiant, Kent Carter states that the IRS has been illegally garnishing 100% of his social security check.

7. Your Affiant Kent Cater now states the 10 year statute of limitations for collections for the years 1995 thru 2001 has expired. (see attach copies)

# EXHIBIT (1) with attachments

Further, Affiant sayeth naught.

Under the laws of the united States of America

*Kent Carter*  6/21/2012
Kent Carter

Before me, *Angelic Campos*, a Notary Public duly authorized by the State of *N M*, personally appeared Kent Carter, who has sworn to and subscribed in my presence, the foregoing AFFIDAVIT OF Kent Carter, on this 21st day of *June* in the Year 2012.

*Angelic Campos*
Notary Public

My Commission expires  4-26-15

OFFICIAL SEAL
ANGELIC CAMPOS
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 4-26-15

# EXHIBIT (1) with attachments

2