

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENT CARTER, GAIL CARTER, )<br>KENT CARTER, AS TRUSTEE FOR )<br>THE KENT CARTER FAMILY TRUST )<br>PTO, AND NEW MEXICO DEPARTMENT )<br>OF REVENUE AND TAXATION )<br>Defendants. )<br>)<br>)<br>) | Civil No: 2:12-cv-00469-WPL-LAM<br><br>NOTICE OF OBJECTION TO AMEND COMPLAINT |

## NOTICE OF OBJECTION TO AMEND COMPLAINT

**COMES NOW Kent Carter**, natural born, man claiming all of his unlimited, inherent, unalienable, God given Rights protected and secured by and through the Federal Constitution and the Constitution of the State of New Mexico, and hereby respectfully objecting to Plaintiff amending the Complaint.

1. Plaintiff has no standing to bring this Complaint.

2. Plaintiff has been illegally garnishing 100% of Defendant Kent Carter's Social Security benefits.

42 USC section 407(a)(b), social security benefits are not subject to levy or "any legal process"

42 USC 407 Assignment of Benefits

(a) "The right of a person to any future payment under this subchapter shall not be transferable or assignable, at law or in equity, and none of the moneys paid or payable or rights existing under this subchapter shall be subject to execution, levy, attachment or any other legal process, or to any bankruptcy or insolvency law.

(b) Amendment of section: no other provision of law, enacted before, on, or after April 20, 1983, may be construed to limit, supersede, or otherwise modify the provisions of this section except to the extent that it does so by express reference to this section."...

Respectfully Submitted

*Kent Carter* (signature)

Kent Carter
C/O P.O. Box 5033
Carlsbad, New Mexico 88220

2

## Certificate of Service

I certify that on the 31 day of July, 2012, a true and correct copy of the foregoing Objection was mailed to the Plaintiff's attorney and the United States District Court at the following addresses.

MOHA P. YEPURI,
U.S. Dept. of Justice, Tax Division
717 N. Harwood, Suite 400
*Dallas*, Texas, 75201

United States District Court
100 N. Church St. Ste. 280
Las Cruces, New Mexico 88001

_____
Kent Carter

3



BOX 5835
CARLSBAD NM [88220]

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
AUG 01 2012
MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT CT
100 N CHURCH ST. STE 280
LAS CRUCES, NM
88001