

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Matthew J. Dykman**
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

October 27, 2014

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *USA v Kent Carter, et.al. CV 12-469RB/LAM, USCA 14-2180*

Dear Ms. Shumaker,

    Enclosed please find the Record on Appeal in one (1) Volume which consists of the following.

    Volume I    Pleadings

    Sincerely,

    Matthew J. Dykman
    Clerk of Court